IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DANIEL CARL, | No. 2:07-cv-01122-MCE-KJM P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HOREL, Warden, et al., | |
| Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 25, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

///

///

///

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.

5       Accordingly, IT IS HEREBY ORDERED that:

6       1.  The findings and recommendations filed July 25, 2008, are adopted in full; and

7       2.  Respondents' motion to dismiss (docket no. 7) is granted.

Dated:  August 26, 2008

                        MORRISON C. ENGLAND, JR.
                        UNITED STATES DISTRICT JUDGE