IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DANIEL CARL, | No. 2:07-cv-01122-MCE-KJM P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HOREL, Warden, | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal and request for certificate of appealability from this court's dismissal of his application for a writ of habeas corpus.

In this circuit, under 28 U.S.C. § 2253(c), "a COA is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." White v. Lambert, 370 F.3d 1002, 1010 (9th Cir. 2004); see also Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (per curiam).

///

///

1

1 As the target of petitioner's habeas petition is an administrative disciplinary decision, not a state
2 court proceeding, no COA is necessary.  Rosas, 428 F.3d at 1232.
3    IT IS SO ORDERED.
4  Dated: September 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2