IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES DANIEL CARL,

    Petitioner,           No. CIV S-07-1122 MCE KJM P

    vs.

ROBERT HOREL, Warden,

    Respondent.        ORDER

_____/

    Petitioner has submitted a request for an extension of time in which to file a request for an extension of time in which to file a motion to proceed in forma pauperis on appeal. This request is well taken. Petitioner is advised that this request should comply with the requirements of Rule 24(a)(2) of the Federal Rules of Appellate Procedure.

    IT IS THEREFORE ORDERED that petitioner's request for an extension of time (docket no. 23) is granted and petitioner is given thirty days from the date of this order in which to file a request to proceed in forma pauperis on appeal.

DATED: November 19, 2008.

_____
U.S. MAGISTRATE JUDGE

2/carl1174.eot–24.

1